JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California

| | |
|---|---|
| Eugenie Micheline Barbeau, | Case No. 2:21-cv-08544-VAP-(Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Internal Revenue Service, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the action, *Eugenie Micheline Barbeau v. Internal Revenue Service*, 2:21-cv-08544-VAP-(Ex), is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   7/19/22

Virginia A. Phillips
United States District Judge

1